(Reap. Dec. 9070)

F. W. WOOLWORTH CO. *v.* UNITED STATES

Entry No. 7456.

(Decided February 11, 1958)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

JOHNSON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties hereto, that the market value or the price of the merchandise on the invoices covered by the appeal for reappraisement enumerated above at the time of exportation of such merchandise to the United States at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of Germany, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States was in this case the appraised value less the amount added under duress, packing included, and that there was no higher foreign value.

IT IS FURTHER STIPULATED AND AGREED that this appeal be submitted on this stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values were the appraised values, less the amounts added under duress.

Judgment will be entered accordingly.